# MEMORANDUM DECISIONS.

ADAMS et al., Appellants, v. METROPOL-ITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Term. January 28, 1901.) Action by Samuel Adams and another against the Metropolitan Street-Railway Company. From a judgment for defendant, plaintiffs appeal. Affirmed. Adams & Adams, for appellants. H. A. Robinson, for respondent.

PER CURIAM. In view of the evidence of the conductor, and that of plaintiff's witness Mann, that when the driver turned across the track the car was less than 50 feet away, and the improbable story of the driver, it seems to us that there should not be a reversal. Judgment should be affirmed.

AMERICAN PRESS ASS'N. v. BRANTING-HAM. (Supreme Court, Appellate Division, First Department. February 25, 1901.) Action by the American Press Association against May Thorne Brantingham. No opinion. Motion denied, with $10 costs. See 68 N. Y. Supp. 285.

APPLEBY, Respondent, v. DORTHY, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1901.) Action by Thomas H. Appleby against John F. Dorthy. No opinion. Motion denied, without costs, upon the ground that it does not appear that a copy of the decision was served upon the defendant, John F. Dorthy, as required by general rule 32, which is necessary to limit his time to make and serve his case and exceptions. See 67 N. Y. Supp. 1127.

BADGER v. NEW YORK COUNTY NAT. BANK. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Theodore Badger against the New York County National Bank. No opinion. Motion denied, with $10 costs.

BADGER et al., Appellants, v. NEW YORK COUNTY NAT. BANK, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Theodore Badger and others against the New York County National Bank. E. P. Abbott, for appellants. L. G. Reed, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BADGER et al. v. NEW YORK COUNTY NAT. BANK. (Supreme Court, Appellate Division, First Department. February 15, 1901.) Action by Theodore Badger and another against the New York County National Bank. No opinion. Motion denied, with $10 costs.

BAILEY, Respondent, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Catherine T. Bailey, individually, etc., against the New York Elevated Railway Company. S. Smith, for appellant. E. M. Felt, for respondent.

PER CURIAM. Judgment modified by reducing the amount awarded for fee damages to $1,500, and by reducing the judgment for rental damages as entered to the sum of $1,399.60, and, as modified, affirmed, without costs.

BAILEY, Appellant, v. STUART et al., Respondents. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Sarah E. Bailey against Mary J. Stuart and others. S. Sultan, for appellant. W. J. Leitch, for respondents. No opinion. Judgment affirmed, with costs.

BAKER, Respondent, v. WEST, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Baker against George West. No opinion. Judgment unanimously affirmed, with costs.

BAYLIS et al. v. BULLOCK ELECTRIC MFG. CO. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by Robert N. Baylis and another against the Bullock Electric Manufacturing Company. No opinion. Motion to send back papers granted. See 66 N. Y. Supp. 253.

In re BECK ST. (Supreme Court, Appellate Division, First Department. December 31, 1900.) In the matter of Beck street, etc. No opinion. Motion denied, with $10 costs.

BEGLIN, Appellant, v. METROPOLITAN LIFE INS. CO., Respondent. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by James J. Beglin, as administrator, etc., against the Metropolitan Life Insurance Company. No opinion. Judgment (66 N. Y. Supp. 206) unanimously affirmed, with costs.

BEIG, Respondent, v. CITY OF TROY, Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Marie Beig, as administratrix, etc., against the city of Troy. No opinion. Judgment and order unanimously affirmed, with costs.

BEIG v. CITY OF TROY. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) Action by Marie Beig, as administratrix, etc., against the city of Troy. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs and disbursements.